# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> PHAM, TU M. | **2. Court or Organization** <br><br> US DISTRICT COURT WD TENNESSEE | **3. Date of Report** <br><br> 06/15/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> FULL TIME - MAGISTRATE JUDGE | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

TU M PHAM, MAGISTRATE JUDGE
167 N MAIN STREET ROOM 338
MEMPHIS, TN. 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | FEDERAL BAR ASSOCIATION-MEMPHIS MID-SOUTH CHAPTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | 401(K) THROUGH PRIOR EMPLOYMENT WITH KIRKLAND & ELLIS LAW FIRM |
| 2. | 1997 | DEFINED CONTRIBUTION PLAN THROUGH PRIOR EMPLOYMENT WITH KIRKLAND & ELLIS LAW FIRM |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U S COURTS | 07/22/14-07/25/14 | PHILADELPHIA, PA | MAGISTRATE JUDGES WORKSHOP | TRANSPORTATION, LODGING, FOOD |
| 2. | TAPABA | 08/14/14-08/15/14 | NASHVILLE, TN | NAPABA REGIONAL CONFERENCE | LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | FED TRUST FEDERAL BUILDING FEDERAL CREDIT UNION | B | Int./Div. | K | T | | | | | |
| 2. | SHELBY COUNTY SCHOOLS 403(B) ACCOUNT | | | | | | | | | |
| 3. | T ROWE PRICE RET INC ADV | A | Int./Div. | L | T | Buy (add'l) | 10/15/14 | L | | |
| 4. | T ROWE PRICE RET 2010 ADV | A | Int./Div. | | | Buy | 09/14/14 | L | | |
| 5. | T ROWE PRICE RET 2010 ADV | A | Int./Div. | | | Sold | 10/15/14 | L | A | |
| 6. | T ROWE PRICE RET INC ADV | A | Int./Div. | | | Buy | 05/05/14 | K | | |
| 7. | T ROWE PRICE RET INC ADV | A | Int./Div. | | | Sold (part) | 07/08/14 | J | A | |
| 8. | T ROWE PRICE RET INC ADV | A | Int./Div. | | | Sold | 09/04/14 | J | A | |
| 9. | FIXED INTEREST OPTION | A | Int./Div. | | | Buy | 05/05/14 | K | | |
| 10. | FIXED INTEREST OPTION | A | Int./Div. | | | Sold | 07/08/14 | K | A | |
| 11. | T ROWE PRICE RET FND 2040 ADV | A | Int./Div. | | | Buy | 07/08/14 | K | | |
| 12. | T ROWE PRICE RET FND 2040 ADV | A | Int./Div. | | | Sold (part) | 09/04/14 | K | A | |
| 13. | T ROWE PRICE RET FND 2040 ADV | A | Int./Div. | | | Sold | 10/15/14 | J | A | |
| 14. | PIMCO TOTAL RET A | A | Int./Div. | | | Sold (part) | 05/05/14 | K | A | |
| 15. | PIMCO TOTAL RET A | A | Int./Div. | | | Sold | 09/04/14 | J | A | |
| 16. | CHICAGO PUBLIC SCHOOLS 403(B) ACCOUNT | | | | | | | | | |
| 17. | FPA CRESCENT FUND | A | Int./Div. | K | T | Buy | 08/04/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | K | T | Buy (add'l) | 07/09/14 | K | | |
| 19. PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | | | Sold (part) | 08/01/14 | K | A | |
| 20. PIMCO TOTAL RET A FUND | A | Int./Div. | J | T | Sold (part) | 07/08/14 | K | A | |
| 21. WEITZ PARTNERS III OPPORTUNITY FUND | A | Int./Div. | K | T | Buy (add'l) | 07/09/14 | K | | |
| 22. SCHWAB MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 23. 401K ACCOUNT | | | | | | | | | |
| 24. VANGUARD RETIREE SAVINGS TRUST III | A | Int./Div. | | | Sold | 07/08/14 | K | A | |
| 25. INTERNATIONAL EXPLORER | A | Int./Div. | | | Buy | 07/08/14 | J | | |
| 26. INTERNATIONAL EXPLORER | A | Int./Div. | | | Sold | 07/14/14 | J | A | |
| 27. VANGUARD CAPITAL OPPORTUNITY | A | Int./Div. | | | Buy | 07/08/14 | J | | |
| 28. VANGUARD CAPITAL OPPORTUNITY | A | Int./Div. | | | Sold | 07/14/14 | J | A | |
| 29. VANGUARD HEALTH CARE FUND | A | Int./Div. | K | T | Buy (add'l) | 07/14/14 | K | | |
| 30. VANGUARD HEALTH CARE FUND | A | Int./Div. | K | T | Buy (add'l) | 07/08/14 | K | | |
| 31. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 32. PERRITT ULTRA MICRO CAP FUND | A | Int./Div. | J | T | | | | | |
| 33. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND IRA#10 | A | Int./Div. | K | T | | | | | |
| 34. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND IRA#12 | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #7 PRIMECAP ODYSSEY AGGRESSIVE | A | Int./Div. | K | T | | | | | |
| 36. IRA #8 MAIRS & POWER GROWTH FUND | A | Int./Div. | K | T | | | | | |
| 37. IRA #9 MAIRS & POWER GROWTH FUND | A | Int./Div. | K | T | | | | | |
| 38. WEITZ PARTNERS III OPPORTUNITY FUND IRA #6A | A | Int./Div. | J | T | Buy (add'l) | 07/08/14 | J | | |
| 39. WEITZ SHORT TERM INVESTMENT IRA #6B | A | Int./Div. | | | Sold | 07/08/14 | J | A | |
| 40. IRA #11 LEGGMASON OPPORTUNITY TRUST FUND | A | Int./Div. | J | T | | | | | |
| 41. IRA #1 VANGUARD PRIMECAP CORE FUND | A | Int./Div. | J | T | | | | | |
| 42. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 43. COVERDELL ESA #1 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 44. COVERDELL ESA #2 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 45. COVERDELL #2 PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 46. MONEY MARKET | A | Int./Div. | K | T | Buy | 07/03/14 | K | | |
| 47. EOG COMMON STOCK | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 48. EBAY COMMON STOCK | | None | J | T | Buy | 07/07/14 | J | | |
| 49. EOG COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 07/31/14 | J | | |
| 50. SBUX COMMON STOCK | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 51. TRN COMMON STOCK | A | Dividend | J | T | Buy | 07/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DIS COMMON STOCK | A | Dividend | J | T | Buy | 07/31/14 | J | | |
| 53. NKE COMMON STOCK | A | Dividend | J | T | Buy | 07/31/14 | J | | |
| 54. COVERDELL #3 PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 55. 529 COLLEGE SAVINGS #1 | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 56. TN DFA LARGE CAP INTERNATIONAL | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 57. TN PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 58. TN VANGUARD INTERMEDIATE TERM INVES | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 59. TN VANGUARD INT TERM TREASURY | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 60. TN VANGUARD WELLINGTON ADM | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 61. TN VANGUARD TOTAL BOND ADMIRAL | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 62. TN DFA ENHANCED US LARGE COMPANY | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 63. 529 COLLEGE SAVINGS #2 | | | | | | | | | |
| 64. TN PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 65. TN DFA LARGE CAP INTERNATIONAL | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 66. TN VANGUARD INTERMEDIATE TERM INVES | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 67. TN VANGUARD INT TERM TREASURY | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 68. TN VANGUARD WELLINGTON ADM | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TN VANGUARD TOTAL BOND ADMIRAL | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 70. TN DFA ENHANCED US LARGE COMPANY | A | Int./Div. | J | T | Buy | 08/25/14 | J | | |
| 71. VASCULAR TECHNOLOGIES INC | | None | L | W | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 06/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544